

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-10-00196-CR

_____

LAWRENCE TIMOTHY MCTIGUE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 10-0134X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Lawrence Timothy McTigue, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by McTigue and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Jack Carter
Justice

Date Submitted:     January 5, 2011
Date Decided:       January 6, 2011

Do Not Publish